638

435 A.2d 258

Forese v. Kapil, Appellant.

Submitted September 11, 1980.   Prakash Kapil, appellant, in propria persona;  Joseph R. Ferdinand, for appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.

○

435 A.2d 259

Frank, Appellant v. Frank.

Petition for Allowance of Appeal Denied Sept. 23, 1981.

Argued December 4, 1980.   Neil Hurowitz, for appellant;  Henry A. Stein, for appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Order affirmed.

PRICE, J., filed a memorandum dissenting statement.